# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ALEX ARTURO ZAMORA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. 21-CV-185-KC** |
| | § | |
| **HGS,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Order the Court signed on November 19, 2021, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's case is **DISMISSED**.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 19th day of November, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

1